Zimmer *v.* Zimmerman, Appellant.

Argued September 26, 1973. Before JONES, C. J., EAGEN, O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

*Allen T. Lane,* with him *Robert E. Wayman, James A. Beinkemper,* and *Wayman, Irvin, Trushel & McAuley,* for appellant.

*Michael Hahalyak,* with him *Donald S. Little,* for appellee.

Opinion per Curiam, November 26, 1973:

Decree affirmed. Appellant to pay costs.

Mr. Justice Roberts took no part in the consideration or decision of this matter.